Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center, Suite 2320
Long Beach, CA. 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841
E-Mail: JHLowIV@aol.com

Michael R. Marrinan, Esq. (SBN 90484)
LAW OFFICES OF MICHAEL R. MARRINAN
614 Fifth Ave., Suite D
San Diego, CA. 92101
Telephone: (619) 238-6900
Facsimile: (619) 515-0505
E-Mail: mrmarrinan@aol.com

Attorneys for Plaintiffs
GUADALUPE MENDOZA and JAVIER MENDOZA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MENDOZA and JAVIER MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, DEPUTY D. MISSEL, DEPUTY A. SEVILLA, DEPUTY JON AUER, DEPUTY RICARDO JURADO, and SGT. MIKE TOLEDO,<br><br>Defendants. | CASE NO. SACV 03-1186 DOC (Anx)<br><br>**NOTICE OF FILING OF JOINT STATEMENT OF THE CASE**<br><br>Trial.: April 8, 2008<br>Time: 8:30 a.m.<br>Ctrm: 10C<br><br>FOR DETERMINATION BY THE HONORABLE JAMES V. SELNA |

Plaintiffs hereby file a Joint Statement of the Case to which all parties have agreed.

Dated: April 4, 2008

        **/s/ Michael R. Marrinan**
        Attorney for Plaintiffs
        Email: mrmarrinan@aol.com

# JOINT STATEMENT OF THE CASE

This is a civil case in which the plaintiffs, Guadalupe Mendoza and her son, Javier Mendoza, seek compensation for injuries sustained during a contact with the defendants, Orange County sheriff's deputies Daniel Missel, Albert Sevilla, Jon Auer, Michael Toledo and Ricardo Jurado.

The incident occurred on July 29, 2002 at plaintiffs' home at 31564 Calle La Purisima in San Juan Capistrano.

The plaintiffs allege that their rights under the Fourth Amendment were violated during an investigation of a domestic disturbance at their home during which both plaintiffs were injured and plaintiff Javier Mendoza was arrested. The plaintiffs allege that the defendant deputies used excessive force and subjected them to an unreasonable search and seizure.

Defendants deny these allegations and allege that they used only reasonable and necessary force, did not engage in an unreasonable search and seizure and had probable cause to arrest plaintiff Javier Mendoza.